District of Columbia Circuit. Certiorari granted. *Clifford J. Hynning* and *Allen S. Olmsted, 2nd,* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondents.

No. 180. GREENE *v.* McELROY ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Carl W. Berueffy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *B. Jenkins Middleton* for respondents.

No. 347. COUNTY OF ALLEGHENY *v.* FRANK MASHUDA Co. ET AL. C. A. 3d Cir. Certiorari granted. *Maurice Louik* for petitioner. *Don Rose* for respondents.

No. 335. SUN OIL Co. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Martin A. Row* and *Robert E. May* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, B. Jenkins Middleton, Willard W. Gatchell* and *William W. Ross* for respondent.

No. 338. BISAILLON *v.* SURECK, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Howard K. Hoddick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for respondent.